# Third District Court of Appeal

## State of Florida

Opinion filed August 2, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1720
Lower Tribunal No. 19-6082
_____

**Nancy Rubio,**
Appellant,

vs.

**Wilmington Trust National Association, etc.,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

The Ticktin Law Group, and Gabrielle Wright (Deerfield Beach), for appellant.

Atlas | Solomon, PLLC, Eric M. Levine, and Eric S. Matthew (Stuart), for appellee.

Before EMAS, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.  <u>Weisser Realty Grp., Inc. v. Porto Vita Prop. Owners Ass'n, Inc.</u>, 305 So. 3d 23, 26 (Fla. 3d DCA 2019); <u>U.S. Bank, N.A. v. Ramirez</u>, 252 So. 3d 781, 783 (Fla. 3d DCA 2018); <u>78D Team, LLC v. U.S. Bank, N.A.</u>, 324 So. 3d 483, 483 (Fla. 3d DCA 2020); <u>Deluxe Motel, Inc. v. Patel</u>, 727 So. 2d 299, 301 (Fla. 5th DCA 1999); <u>Nationstar Mortg., LLC v. Silva</u>, 239 So. 3d 782, 785 (Fla. 3d DCA 2018).